UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

The LL&E Royalty Trust, by Roger D.
Parsons, Trustee,

     Plaintiff,

vs.

Quantum Resources Management, LLC;
QR Energy, LP; and QRE Operating,
LLC,

     Defendants.

Case No.: 14-13833
Hon. George Caram Steeh

---

## NOTICE OF APPEARANCE

Please take notice that Marjan Neceski of Simon PLC Attorneys & Counselors enters appearance as counsel for Plaintiff The LL&E Royalty Trust, by Roger D. Parsons, Trustee, and requests that all future correspondence, notices and papers in connection with this action be directed to:

  Marjan Neceski, Esq.
  SIMON PLC
  Attorneys & Counselors
  37000 Woodward Avenue, Suite 250
  Bloomfield Hills, MI 48304

Dated: August 12, 2015

  SIMON PLC
  Attorneys & Counselors

  /s/ Marjan Neceski
  Marjan Neceski
  Attorneys for Plaintiff
  37000 Woodward Avenue, Suite 250
  Bloomfield Hills, MI 48304
  (248) 720-0290
  (248) 720-0291 facsimile
  mneceski@simonattys.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

The LL&E Royalty Trust, by Roger D.
Parsons, Trustee,

           Plaintiff,                   Case No.: 14-13833
                                             Hon. George Caram Steeh
vs.

Quantum Resources Management, LLC;
QR Energy, LP; and QRE Operating,
LLC,

           Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2015, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                         SIMON PLC
                                         Attorneys & Counselors

                                         /s/ Marjan Neceski
                                         Marjan Nececki
                                         Attorneys for Plaintiff
                                         37000 Woodward Avenue, Suite 250
                                         Bloomfield Hills, MI 48304
                                         (248) 720-0290
                                         (248) 720-0291 facsimile
                                         mneceski@simonattys.com