UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE LL&E ROYALTY TRUST, by
ROGER D. PARSONS, TRUSTEE,

       Plaintiff,

                                    CASE NO. 14-CV-13833
   v.                          HONORABLE GEORGE CARAM STEEH

QUANTUM RESOURCES
MANAGEMENT, LLC; QR ENERGY,
LP; and QRE OPERATING, LLC,

       Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On July 14, 2015, the court granted defendants' motion to dismiss and allowed plaintiff 30 days to file an amended complaint. The court explained that, absent the filing of an amended complaint, this case would be dismissed without prejudice. Plaintiff did not file an amended complaint within 30 days. On August 19, 2015, this court issued a show cause order requiring plaintiff to respond in writing why the case should not be dismissed for failure to prosecute. Plaintiff responded to the show cause order and does not object to the court's dismissal without prejudice of this case. Accordingly, this case is DISMISSED WITHOUT PREJUDICE.

      IT IS SO ORDERED.

Dated:  September 3, 2015

                                 s/George Caram Steeh
                                 GEORGE CARAM STEEH
                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 3, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk